IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HIP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-615 (CFC) |
| | ) | |
| HORMEL FOODS CORPORATION, | ) | |
| HORMEL FOODS CORPORATE SERVICES | ) | |
| LLC, OSCEOLA FOOD, LLC, | ) | |
| ROCHELLE FOODS, LLC, AND | ) | |
| DOLD FOODS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court, having considered the letters from the parties on October 10 and 11, 2018,

and the arguments of counsel on October 12, 2018, hereby GRANTS the motion of plaintiff

HIP, Inc. and ORDERS Defendants to produce technical documents ~~within 5 business days of~~ *no later than*

*November 15, 2018* ~~this Order~~, including but not limited to: *to the extent such documents exist*

1. The Hazard Analysis Critical Control Points plan, with flow charts, for each of the

   two plants of Defendants where Hormel Bacon 1 products currently are made ~~[U.S.~~

   ~~Patent No. 9,510,610 (the "'610 Patent") at least limitations 1(b, d), 2, 3(b, d)]~~;

2. Documents reflecting the temperature of the cooking medium exiting the thermal

   fluid exchanger in each of the JBT ovens making Hormel Bacon 1 products ~~[at least~~

   ~~limitations 1(a, b, c, d), 3(a, b, c, d)]~~;

3. Documents evidencing the locations of all sensors within each JBT oven ~~[at least~~

   ~~limitations 1(a, c, d), 3(a, c, d)]~~;

4. For each of the ovens making Hormel Bacon 1 products, oven process data relating

   to Bacon 1 products on a monthly basis, beginning on December 7, 2016 and until

and including October 7, 2018 [at least limitations 1(a, c, d), 3(a, c, d)];

5. Periodic Quality Control documents concerning production of Bacon 1, whether generated for internal review and compliance and/or for review by customers [at least limitations 1(d), 2, 3(d), preambles];

6. Documents specifying the targeted temperature, the operating temperature range, steam, moisture and/or air percentages in each oven making Bacon 1 during steady state operation, whether denominated as a "recipe" or otherwise [at least limitations 1(a, c, d), 2, 3(a, c, d)];

7. Documents reflecting the recorded temperature, steam, moisture and/or air percentages in each oven making Bacon 1 during steady state operation, to the extent not produced in response to No. 4 [at least limitations 1(a, c, d), 3(a, c, d)];

8. Documents reflecting the measurement instruments (*i.e.*, sensors) and methods used to determine oxygen levels within each oven and the accuracy and tolerance of the oxygen measurement system [at least limitations 1(a, c, d), 2, 3(a, c, d)];

9. Documents reflecting operating temperature range during steady state, operating temperature difference from top of oven to bottom of oven [at least limitations 1(d), 3(d)];

10. Documents reflecting the internal heater input ratings (Btu/hr based on temperature differences across the tubes) [at least limitations 1(a, c, d), 3(a, c, d)];

11. Documents reflecting the steam generator ratings (Btu/hr, lb/hr steam, steam temperature, steam quality) [at least limitations 1(a, c, d), 3(a, c, d)];

12. Documents reflecting maximum steam flow into the oven [at least limitations 1(a, c, d), 3(a, c, d)];

13. Documents reflecting free interior volume of each oven used to make Bacon 1 [at least limitations 1(a), 3(a)].

14. Documents reflecting the dimensions of the openings at each oven inlet and exits and size variation ranges provided by any adjusting shutters [at least limitations 1(a), 3(a)].

15. Documents reflecting thermal fluid temperatures during steady state operation of each oven [at least limitations 1(b, c, d), 3(b, c, d)].

16. Documents reflecting superheated steam temperature and pressure supplied to each oven during steady state operation [at least limitations 1(a, c, d), 3(a, c, d)].

17. Standard Operating Procedures for each version of the Bacon 1 process, and for the entire process, e.g., filling the spiral oven, stabilizing the filled oven for steady state operation and the actual cooking process.   This includes not only Standard Operating Procedures for the microwave ovens, but also for the steam and thermal oil systems used in the operation of the spiral ovens [at least limitations 1(a, b, c, d), 2, 3(a, b, c, d)].

18. The documents titled Undercooked Product Handling Procedures; Precooked Bacon Visual Color Chart; and Precooked Bacon Process Deviation Flowchart [at least preamble, limitations 1(b, c), 3(b, c)].

19. Documents reflecting or sufficient to determine free interior volume of the cooking chamber in the ovens, the openings at the oven inlet and exits and size variations provided by any adjusting inlet or exit shutters, the boiler output pressure and temperatures, the temperatures and pressures of superheated steam supplied to the

cooking chamber from the steam boilers, and the flow rate of the superheated steam

~~[at least limitations 1(a), 3(a)]~~

Dated: *October 12, 2018*

_____
UNITED STATES DISTRICT JUDGE