## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HIP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-615 (CFC) |
| | ) | |
| HORMEL FOODS CORPORATION, | ) | |
| HORMEL FOODS CORPORATE SERVICES | ) | |
| LLC, OSCEOLA FOOD, LLC, | ) | |
| ROCHELLE FOODS, LLC, AND | ) | |
| DOLD FOODS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ON MOTION TO STRIKE

Having consider Plaintiff HIP, Inc.'s Motion to Strike Defendants' Reply In Support of Their Motion for Summary Judgment on Indefiniteness,

IT IS HEREBY ORDERED that Defendants' Reply In Support Of Defendants' Motion for Summary Judgment on Indefiniteness (D.I. 121), and the Reply Declaration of Ramesh Gunawardena In Support Of Defendants' Motion for Summary Judgment on Indefiniteness (D.I. 122) are struck from the record because of Defendants' failure to comply with the Court's Memorandum Order on such briefing (D.I. 115).

May _16_, 2019

_____
The Honorable Colm F. Connolly