IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HIP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-615 (CFC) |
| | ) |
| HORMEL FOODS CORPORATION, | ) |
| HORMEL FOODS CORPORATE | ) |
| SERVICES LLC, OSCEOLA FOOD, LLC, | ) |
| ROCHELLE FOODS, LLC, and | ) |
| DOLD FOODS, LLC, | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER TO STAY

In furtherance to the teleconference held between the Court and counsel on June 14, 2019,

**IT IS HEREBY ORDERED** that all deadlines in this case are stayed indefinitely until such time as the Court issues its opinion and order on Defendants' Motion for Summary Judgment on Indefiniteness (D.I. 116).

June ____, 2019

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| /s/ *Michael J. Flynn* | /s/ *Bindu A. Palapura* |
| Karen Jacobs (#2881)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@mnat.com<br>mflynn@mnat.com | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| OF COUNSEL:<br><br>Jerry R. Selinger<br>Susan E. Powley<br>PATTERSON + SHERIDAN LLP<br>1700 Pacific Avenue, Suite 2650<br>Dallas, TX  75201<br>(214) 272-0958<br><br>B. Todd Patterson<br>PATTERSON + SHERIDAN LLP<br>24 Greenway Plaza, Suite 1600<br>Houston, TX  77046<br>(713) 623-4844<br><br>Dennis Brown<br>BROWN PATENT LAW, P.L.L.C.<br>2700 N. Hemlock Ct., Suite 111 E<br>Broken Arrow, OK  74012<br>(918) 615-3357 | OF COUNSEL:<br><br>Kurt J. Niederluecke<br>Timothy M. O'Shea<br>Barbara Marchevsky<br>Laura L. Myers<br>FREDRIKSON & BYRON P.A.<br>200 South Sixth Street, Suite 4000<br>Minneapolis, MN 55402<br>(612) 492-7000 |