IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HIP, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-615 (CFC) |
| | ) |
| HORMEL FOODS CORPORATION, HORMEL FOODS CORPORATE SERVICES LLC, OSCEOLA FOOD, LLC, ROCHELLE FOODS, LLC, and DOLD FOODS, LLC, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER FOR DISMISSAL AND ENTRY OF JUDGMENT

Based on the files, records, and proceedings herein, and for the reasons stated in the Court's Memorandum Opinion and Order (D.I. 141-142),

IT IS ORDERED THAT:

1. Judgment is entered in favor of Defendants and against Plaintiff HIP, Inc. with respect to Defendants' Second Counterclaim for Invalidity with respect to U.S. Patent Number 9,510,610.

2. In view of the invalidity finding, judgment is entered in favor of Defendants with respect to Plaintiff's claims for infringement (Counts I-III) of U.S. Patent Number 9,510,610.

3. Defendants' First Counterclaim for Inequitable Conduct and Third Counterclaim for Correction of Inventorship are DISMISSED pursuant to the terms of Defendants' April 11, 2019 letter to the Court (D.I. 111).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 25, 2019

The Honorable Colm F. Connolly
United States District Judge